**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-1391-GPG-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his Official Capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his Official Capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT,
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

      Defendants.

---

**JOINT STIPULATION OF EXTENSION OF TIME**

---

Pursuant to D.C.COLO.L.CivR 6.1(a), the parties hereby stipulate to an extension of time for all Defendants to respond to the Complaint (ECF No. 1).

1.      Defendants' deadline to respond to the Complaint is June 11, 2025.

2.      The parties may agree to one extension of time not to exceed 21 days to respond to a pleading or amended pleading. D.C.COLO.L.CivR 6.1(a).

3.      Pursuant to D.C.COLO.L.CivR 6.1(a), the parties stipulate to a 15-day extension of time for Defendants to respond to Plaintiff's Complaint no later than June 26, 2025.

1

4.      The parties will serve a copy of this stipulation contemporaneously on their respective clients. D.C.COLO.L.CivR 6.1(c).

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
ELIANIS N. PEREZ
Assistant Director

/s/ Catherine Reno
 CATHERINE M. RENO
Senior Litigation Counsel
AMANDA B. SAYLOR
CHRISTOPHER I. PRYBY
Trial Attorneys
U.S. Department of Justice Civil Division
Office of Immigration Litigation General
Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station Washington, DC 20044
Telephone: (202) 353-8557
Fax: (202) 305-7000
Email: catherine.m.reno@usdoj.gov

*Counsel for Plaintiff United States*

PHILIP J. WEISER
Attorney General of Colorado

/s/ David Moskowitz
David Moskowitz
*Deputy Solicitor General*
Talia Kraemer
*Assistant Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov
Talia.Kraemer@coag.gov

*Counsel for Defendants State of Colorado, Jared Polis, and Philip Weiser*

/s/ Ed Ramey
Edward T. Ramey
Martha M. Tierney
Tierney Lawrence Stiles LLC
225 E. 16th Avenue, Suite 350
Denver, CO 80203
eramey@TLS.legal
mtierney@TLS.legal
(303) 949-7676

*Counsel for Defendant Colorado General Assembly*

/s/ Ashley Kelliher
Ashley M. Kelliher
*Civil Litigation Director*
Andres Alers
Sophia Fernald
Robert Lyman
*Assistant City Attorneys*
201 W. Colfax Ave.
Denver, CO 80202
720-913-8050
Ashley.Kelliher@denvergov.org
Robert.Lyman@denvergov.org
Andres.Alers@denvergov.org
Sophia.Fernald@denvergov.org

*Counsel for Defendants City and County of Denver, Denver City Council, Mike Johnson, Denver Sheriff's Department, and Elias Diggins*

3

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


<u>/s/ David Moskowitz</u>
*Deputy Solicitor General*