**U.S. Department of Justice**
United States Marshals Service

FILED
U.S. DISTRICT COURT

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America  2025 JUN 11  AM 10: 36 | 1:25-cv-01391 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Colorado, et. al.  JEFFREY P. COLWELL  CLERK | Summons and Complaint |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jared Polis, Governor   BY_____DEP. CLK

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Office of the Governor, 200 E. Colfax Ave, Room 136 Denver, CO 80203

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Catherine M. Reno<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
(303) 866-2885

| Signature of Attorney other Originator requesting service on behalf of:<br>CATHERINE RENO Digitally signed by CATHERINE RENO Date: 2025.05.05 14:50:42 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>202-353-8557 | DATE<br>5/5/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 18 | No. B13 | No. B13 | McNill | 5/7/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>Tyler Goldstein, Staff Assistant | Date<br>5/2/25 | Time<br>11:00  ☒ am  ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Mileage Charges: $2.10
Service Fee: $65.00
Total: $67.10

1:2025-cv-01391

Captured

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 JUN 11  AM 10: 36

JEFFREY A. COLWELL
CLERK
BY_____ CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-01391 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Colorado, et. al. | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Colorado, c/o Jared Polis, Governor

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Office of the Governor, 200 E. Colfax Ave, Room 136 Denver, CO 80203

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Catherine M. Reno<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
(303) 866-2885

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| CATHERINE RENO Digitally signed by CATHERINE RENO Date: 2025.05.05 14:47:01 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 202-353-8557 | 5/5/2025 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 18 | No. B13 | No. B13 | Yuma mcriel | 5/7/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Tyler Goldstein, Staff Assistant | 5/21/25 | 11:00 | ☒ am<br>☐ pm |

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Mileage Charges: $2.10
Service Fee: $65.00
Total: $67.10

2025 JUN -5 P 1:22

1:2025-cv-01391

Capture ✓

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-01391 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Colorado, et. al. | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jared Polis, Governor, c/o Philip Weiser, Attorney General of the State of Colorado

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Colorado Department of Law, Ralph L. Carr Judicial Building 1300 Broadway, 10th Floor Denver, CO 80203

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Catherine M. Reno<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | Number of process to be served with this Form 285: **1** |
| | Number of parties to be served in this case: **9** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

(720) 508-6000

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| CATHERINE RENO Digitally signed by CATHERINE RENO Date: 2025.05.05 14:52:02 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 202-353-8557 | 5/5/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 18 | No. B13 | No. B13 | mcrill | 5/7/2025 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Tyler Goldstein, Staff assistant | 5/21/25 | 11:00 | ☒ am<br>☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Mileage Charges: $2.10
Service Fee: $65.00
Total: $67.10

1: 2025-cv-01391

Capture ✓

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 JUN 11 AM 10: 36

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-01391 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Colorado, et. al. | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mayor Mike Johnston, c/o Philip Weiser, Attorney General

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Office of the Attorney General, Ralph L. Carr Judicial Building, 1300 Broadway, 10th Fl., Denver, CO 80203

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Catherine M. Reno<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

(720) 508-6000

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| CATHERINE RENO Digitally signed by CATHERINE RENO Date: 2025.05.05 15:00:47 -04'00' | 202-353-8557 | 5/5/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 18 | No. B13 | No. B13 | *[signature]* merrill | 5/7/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Matthew Serran, Receptionist | 5/21/25 | 1:21 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | *[signature]* |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Mileage Charges: $ 2.10
Service Fee: $ 65.00
Total: $ 67.10

1:2025-cv-01391

Capture ✓

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2025 JUN 11 AM 10: 35
JEFFREY P. COLWELL
CLERK
BY____ DEP CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:25-cv-01391 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| State of Colorado, et. al. | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

State of Colorado, c/o Philip Weiser, Attorney General

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Colorado Department of Law, Ralph L. Carr Judicial Building 1300 Broadway, 10th Floor Denver, CO 80203

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Catherine M. Reno<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 9 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

(720) 508-6000

| Signature of Attorney other Originator requesting service on behalf of: | TELEPHONE NUMBER | DATE |
|---|---|---|
| CATHERINE RENO Digitally signed by CATHERINE RENO Date: 2025.05.05 14:47:56 -04'00'  ☒ PLAINTIFF  ☐ DEFENDANT | 202-353-8557 | 5/5/2025 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 18 | No. B13 | No. B13 | Yma Mcniel | 5/7/2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Matthew Serran, Front Desk Receptionist | 5/21/25 | 1:21 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | *(signature)* |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Mileage Charges: $2.10
Service Fee: $65.00
Total: $67.10

2025 MAY -5 P 1:23

1:2025-cv-01391

Capture ✓

Form USM-285
Rev. 03/21