UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF COLORADO; JARED POLIS, Governor of Colorado, in his Official Capacity; COLORADO GENERAL ASSEMBLY; PHILIP WEISER, Attorney General of Colorado, in his Official Capacity; CITY AND COUNTY OF DENVER; DENVER CITY COUNCIL; MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity; DENVER SHERIFF DEPARTMENT; ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity.<br><br>    Defendants. | Civil Action No. 25-CV-1391-GPG-KAS |

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Pursuant to D.C.COLO.L.CivR 6.1(b), the parties jointly request the Court vacate Defendants' June 26, 2025 deadline to respond to the Complaint and enter the below schedule. Good cause supports this motion.

1.   On May 2, 2025, Plaintiff filed the Complaint. ECF No. 1.

2.   After one extension, Defendants' deadline to respond to the Complaint is June 26, 2025. ECF No. 21; *see* D.C.COLO.L.CivR 6.1(a) (allowing the parties to agree to one extension of time not to exceed 21 days to respond to a pleading).

3.   Plaintiff intends to amend its complaint in light of Colorado Senate Bill 25-276, which was passed and signed into law after Plaintiff filed its Complaint. ECF No. 1.

4.   The parties have met and conferred regarding this amendment and the

1

current schedule. The parties jointly determined that the parties' resources and judicial economy is best served by vacating the current response deadline and entering the below schedule for Plaintiff to amend the Complaint and Defendants to respond. *See* Fed. R. Civ. P. 15(a)(2), (3).

5.      None of the parties will suffer prejudice by this extension of time and this motion is not made for purposes of delay.

6.      As such, the parties respectfully request that the Court vacate Defendants' June 26, 2025 response deadline and enter the following schedule:

- Plaintiff's deadline to file Amended Complaint: **July 26, 2025**
- Defendants' response to Amended Complaint: **August 25, 2025**
- Plaintiff's response to any motion to dismiss: **September 24, 2025**
- Defendants' reply in support of any motion to dismiss: **October 9, 2025**.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
DREW C. ENSIGN
Deputy Assistant Attorney General
ELIANIS N. PEREZ
Assistant Director
AMANDA B. SAYLOR
Trial Attorney

/s/ Catherine M. Reno
CATHERINE M. RENO
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Office of Immigration Litigation General
Litigation and Appeals Section
P.O. Box 868

**PHILIP J. WEISER**
Attorney General of Colorado

/s/ David Moskowitz
David Moskowitz
*Deputy Solicitor General*
Talia Kraemer
*Assistant Solicitor General*
Sam Wolter
*Assistant Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov
Talia.Kraemer@coag.gov
Samuel.Wolter@coag.gov

Ben Franklin Station Washington, DC 20044
Telephone: (202) 353-8557
Fax: (202) 305-7000
Email: catherine.m.reno@usdoj.gov

*Counsel for Plaintiff United States*

*Counsel for Defendants State of Colorado, Jared Polis, and Philip Weiser*

/s/ Edward T. Ramey
Edward T. Ramey
Martha M. Tierney
Tierney Lawrence Stiles LLC
225 E. 16th Avenue, Suite 350
Denver, CO 80203
eramey@tierneylawrence.com
mtierney@tierneylawrence.com
(303) 949-7676

*Counsel for Defendant Colorado General Assembly*

/s/ Ashley M. Kelliher

Ashley M. Kelliher
*Civil Litigation Director*
Robert Lyman
Andres Alers
Sophia Fernald
*Assistant City Attorneys*
201 W. Colfax Ave.
Denver, CO 80202
720-913-8050
Ashley.Kelliher@denvergov.org
Robert.Lyman@denvergov.org
Andres.Alers@denvergov.org
Sophia.Fernald@denvergov.org

*Counsel for Defendants City and County of Denver, Denver City Council, Mike Johnson, Denver Sheriff's Department, and Elias Diggins*

3

**CERTIFICATE OF CONFERENCE**

In compliance with D. Colo. R. Civ. P. 7.1(a), the undersigned certifies that she contacted counsel for Defendants in this matter and that the Defendants consent to the requested relief listed above.

/s/ Catherine M. Reno
CATHERINE M. RENO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ Catherine M. Reno
CATHERINE M. RENO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section

A