# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF COLORADO; JARED POLIS, Governor of Colorado, in his official capacity; COLORADO GENERAL ASSEMBLY; PHILIP WEISER, Attorney General of Colorado, in his official capacity; CITY AND COUNTY OF DENVER; DENVER CITY COUNCIL; MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity; DENVER SHERIFF DEPARTMENT; ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity.<br><br>        Defendants. | Civil Action No. 25-CV-1391-GPG-KAS |

## MOTION TO RESCHEDULE CONFERENCE

Pursuant to ECF No. 8, Plaintiff requests the Court reschedule the Scheduling/Planning Conference currently set for August 4, 2025.

1. On May 2, 2025, Plaintiff filed the Complaint. ECF No. 1.

2. On May 6, 2025, the Court issued an Order Setting Scheduling/Planning Conference and ordered that a Scheduling/Planning Conference pursuant to Fed. R. Civ. P. 16(b) shall be held on August 4, 2025, commencing at 10:00 a.m. ECF No. 8 at 1.

3. Counsel for Plaintiff is not available on August 4, 2025.

4. The parties have met and conferred and Defendants do not oppose this motion.

5. The parties are both available on any business day during the following date

1

ranges:

- August 15, 2025 through August 20, 2025
- August 22, 2025 through August 28, 2025
- September 18, 2025
- September 29, 2025 through October 6, 2025
- October 16, 2025 through October 30, 2025

6. As such, Plaintiff respectfully requests that the Court reschedule the August 4, 2025 Scheduling/Planning Conference (and related deadlines) to a date listed above.

Dated: July 7, 2025                                     Respectfully submitted,

                                                              BRETT A. SHUMATE
                                                              Assistant Attorney General
                                                              YAAKOV M. ROTH
                                                              Principal Deputy Assistant Attorney General
                                                              DREW C. ENSIGN
                                                              Deputy Assistant Attorney General
                                                              ELIANIS N. PEREZ
                                                              Assistant Director
                                                              AMANDA B. SAYLOR
                                                              Trial Attorney

                                                              <u>/s/ Catherine M. Reno</u>
                                                              CATHERINE M. RENO
                                                              Senior Litigation Counsel
                                                              U.S. Department of Justice Civil Division
                                                              Office of Immigration Litigation General
                                                              Litigation and Appeals Section
                                                              P.O. Box 868
                                                              Ben Franklin Station Washington, DC 20044
                                                              Telephone: (202) 353-8557
                                                              Fax: (202) 305-7000
                                                              Email: catherine.m.reno@usdoj.gov

                                                              *Counsel for Plaintiff United States*

### CERTIFICATE OF CONFERENCE

In compliance with D. Colo. R. Civ. P. 7.1(a), the undersigned certifies that she contacted counsel for Defendants in this matter and that the Defendants do not oppose the requested relief listed above.

*s/ Catherine M. Reno*
CATHERINE M. RENO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section

### CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

*s/ Catherine M. Reno*
CATHERINE M. RENO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section