## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1391-GPG-KAS

United States of America,

    Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his Official Capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his Official Capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT,
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

    Defendants.

---

**UNOPPOSED MOTION OF ACLU OF COLORADO FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

---

    The American Civil Liberties Union ("ACLU") of Colorado respectfully moves for leave to file the attached amicus curiae brief in support of Defendants' Motions to Dismiss.

    <u>Certificate of Conferral</u>. Pursuant to District of Colorado Local Rule of Practice 7.1(a), undersigned counsel has conferred with the parties regarding this motion. The parties do not oppose this motion.

    The ACLU is a nationwide, non-partisan, non-profit organization with almost 2 million members, dedicated to safeguarding the principles of civil liberties enshrined in the federal and state constitutions for all Americans. The ACLU of Colorado, with over 40,000 members and supporters, is a state affiliate of the ACLU and was founded in 1952.

The ACLU of Colorado has long advocated for the constitutional and civil rights of immigrants through know-your-rights presentations and other public education, legislative advocacy, and litigation – both as direct counsel and amicus. *See, e.g.,* Emergency Motion for Temporary Restraining Order, *D.B.U. v. Trump*, No. 2025-cv-1163 (D. Colo. filed April 12, 2025) (challenging the removal of Coloradans under the Alien Enemies Act); *Nash v. Mikesell*, 507 P.3d 94 (Colo. App. 2024), (challenging the prolonged detention of incarcerated people who are otherwise eligible for release from jail at the request of ICE); *Smith v. Immigration and Customs Enforcement*, 429 F.Supp.3d 742 (D. Colo. 2019) (challenging ICE's refusal to disclose documents).

Because the ACLU of Colorado is dedicated to the constitutional rights and civil liberties of all those in our state, the organization has a unique perspective on the impact of our state and local laws on the public health, safety, and well-being of Coloradans. The ACLU of Colorado believes that its brief would be useful to the Court in its consideration of Defendants' requests for dismissal. The ACLU of Colorado is well positioned to provide the Court a broader perspective on the public interests at stake, particularly for Colorado's immigrant communities, as well as historical context on the legislation at issue. The proposed amicus brief explains how the challenged policies protect public safety and the functioning of state government, ensure Colorado law enforcement officers adhere to state constitutional requirements, and preserve the health of our economy, which relies on the significant contributions of immigrants across sectors.

Whether to permit amicus participation in the district court is in the sound discretion of the court. *Medina v. Catholic Health Initiatives*, 2015 U.S. Dist. LEXIS 136871, 2015

WL 13683647, at *1 (D. Colo. Oct. 7, 2015). This Court has historically permitted amici participation, and ACLU of Colorado has frequently participated as amicus before both this Court and the Tenth Circuit. *See, e.g., St. Mary Catholic Parish v. Roy*, No. 24-1267 (10th Cir. Oct. 23, 2024), ECF No. 79; *Griffith v. El Paso County*, No. 23-1135 (10th Cir. Aug. 29, 2023); *Denver Homeless Out Loud v. Denver*, No. 1:20-cv-02985-WJM-SKC (D. Colo. 2020).

    For the foregoing reasons, the ACLU of Colorado respectfully requests that the Court exercise its discretion and permit the filing of the attached amicus brief in support of Defendants' Motions to Dismiss.

Dated: September 2, 2025        Respectfully submitted,

    /s/ Timothy R. Macdonald
    Timothy R. Macdonald
    Sara R. Neel
    Anna I. Kurtz
    ACLU Foundation of Colorado
    303 E. 17th Ave., Suite 350
    Denver, CO 80203
    Telephone: 720-402-3151
    Email: tmacdonald@aclu-co.org
           sneel@aclu-co.org
           akurtz@aclu-co.org

*Attorneys for the American Civil Liberties Union of Colorado*