# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF COLORADO; JARED POLIS, Governor of Colorado, in his official capacity; COLORADO GENERAL ASSEMBLY; PHILIP WEISER, Attorney General of Colorado, in his official capacity; CITY AND COUNTY OF DENVER; DENVER CITY COUNCIL; MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity; DENVER SHERIFF DEPARTMENT; ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity.<br><br>Defendants. | Civil Action No. 25-CV-1391-GPG-KAS |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel, Amanda B. Saylor, respectfully seeks leave of court to withdraw as counsel of record in the above-captioned matter. As good cause, counsel states that she is leaving her position at the Department of Justice Office of Immigration Litigation effective September 20, 2025 and can no longer represent the Government in this matter. Plaintiff remains represented by other government counsel of record, Catherine M. Reno.

September 12, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIANIS PEREZ
Assistant Director

CATHERINE M. RENO
Senior Litigation Counsel

<u>/s/ Amanda B. Saylor</u>
AMANDA B. SAYLOR
Trial Attorney
U.S. Department of Justice, Civil Div.
Office of Immigration Litigation
P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
(202) 598-6837
Amanda.B.Saylor@usdoj.gov

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

*s/ Amanda B. Saylor*
AMANDA B. SAYLOR
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section