IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01391-GPG-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT, and
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Motion to Withdraw as Counsel** [#47] (the "Motion"), filed by Attorney Amanda B. Saylor.

    IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**. Attorney Amanda B. Saylor is relieved of any further representation of Plaintiff. The Clerk of Court is instructed to terminate Amanda B. Saylor as counsel of record for Plaintiff, and to remove this name from the electronic certificate of mailing. Plaintiff shall continue to be represented by Attorney Catherine M. Reno.

    Dated: September 12, 2025