# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1391-GPG-KAS

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT,
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

    Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    FEDERATION FOR AMERICAN IMMIGRATION REFORM

DATED at Denver, Colorado this _____30th_____ day of __September__, 2025.

                                              David L. Jaroslav_____
                                              Name of Attorney

                                              Federation for American Immigration Reform_____
                                              Firm Name
                                              25 Massachusetts Ave., NW, Suite 330__
                                              Office Address

1

Washington, DC 20001_____
City, State, ZIP Code
(202) 328-7004_____
Telephone Number
djaroslav@fairus.org_____
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this _30th__ day of___September_____, 20_25___ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

andres.alers@denvergov.org, sophia.fernald@denvergov.org, robert.lyman@denvergov.org, ashley.kelliher@denvergov.org, talia.kraemer@coag.gov, david.moskowitz@coag.gov, eramey@tierneylawrence.com, mtierney@tierneylawrence.com, samuel.wolter@coag.gov, catherine.m.reno@usdoj.gov, victoria.e.turcios2@usdoj.gov

*s/* David L. Jaroslav_____

**David L. Jaroslav**
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
E-mail: djaroslav@fairus.org
Attorney for Movant *Amicus Curiae*
Federation for American Immigration Reform