UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE OF COLORADO; JARED POLIS, Governor of Colorado, in his official capacity; COLORADO GENERAL ASSEMBLY; PHILIP WEISER, Attorney General of Colorado, in his official capacity; CITY AND COUNTY OF DENVER; DENVER CITY COUNCIL; MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity; DENVER SHERIFF DEPARTMENT; ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity.<br><br>　　　　　Defendants. | Civil Action No. 1:25-CV-1391-GPG-KAS |

**MOTION FOR A STAY**

**IN LIGHT OF LAPSE OF APPROPRIATIONS**

　　The United States of America hereby requests to stay the case in the above-captioned case.

　　1.　　At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department of Justice lapsed. The same is true for the majority of other Executive agencies, including the Plaintiff. The Department of Justice does not know when such funding will be restored by Congress.

　　2.　　Absent an appropriation, Department of Justice attorneys and employees of the Plaintiff are prohibited from working, even on a voluntary basis, except in very limited

1

circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department of Justice.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations—i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Opposing counsel for all Defendants have authorized Plaintiff's counsel to state that Defendants have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the case in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

/s/ Victoria Turcios
VICTORIA TURCIOS
Trial Attorney
U.S. Department of Justice Civil Division
Office of Immigration Litigation General
Litigation and Appeals Section
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 451-7661
Fax: (202) 305-7000
Email: victoria.e.turcios2@usdoj.gov

Case No. 1:25-cv-01391-GPG-KAS    Document 57    filed 10/01/25    USDC Colorado
pg 2 of 3

### CERTIFICATE OF SERVICE

I hereby certify that on this 1st of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered parties.

*s/ Victoria Turcios*
VICTORIA TURCIOS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section