UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-1391-GPG-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his Official Capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his Official Capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT,
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

    Defendants.

**UNOPPOSED MOTION FOR PAGE EXTENSION BY STATE OF COLORADO, GOVERNOR JARED POLIS, AND ATTORNEY GENERAL PHILIP WEISER**

    Pursuant to GPG Civ. Practice Standard 10.1(c)(5), Defendants State of Colorado, Governor Jared Polis, and Attorney General Philip Weiser (collectively "Colorado Defendants") move for a 20-page extension to file a joint 30-page reply in support of their motion to dismiss. Plaintiff United States of America does not object to the requested relief. The Colorado Defendants submit that there is good cause for granting the requested relief:

    1.    In this lawsuit, the United States challenges the constitutionality of a multitude of Colorado laws. The United States alleges that these laws each violate the

1

Supremacy Clause on numerous grounds: (1) the challenged laws are allegedly expressly and impliedly preempted by federal law; (2) the challenged laws allegedly unlawfully discriminate against the federal government; and (3) the challenged laws allegedly regulate the federal government.

2. The Colorado Defendants filed a motion to dismiss the claims against them in their entirety.

3. The United States filed a 53-page combined response, which devotes roughly 45 pages to the Colorado Defendants' arguments. This included a new field preemption claim that was not included in the Amended Complaint.

4. The Colorado Defendants have endeavored to address that response as efficiently as possible. Due to the numerosity and complexity of the defenses and the various laws at issue, the Colorado Defendants respectfully request authority to file a joint 30-page reply brief and accordingly request a 20-page extension of the normal limitations.

5. The Colorado Defendants conferred with counsel for Plaintiff United States who indicated that it does not object to the requested relief.

6. For good cause shown, the Court should grant the motion and permit the Colorado Defendants to file a joint 30-page reply brief.

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ David Moskowitz
David Moskowitz
*Deputy Solicitor General*

Talia Kraemer
*Assistant Solicitor General*
Sam Wolter
*Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov
Talia.Kraemer@coag.gov
Samuel.Wolter@coag.gov

*Counsel for the State of Colorado, Jared Polis, and Philip Weiser*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                /s/ David Moskowitz___
                *Deputy Solicitor General*