## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF COLORADO; JARED POLIS, Governor of Colorado, in his official capacity; COLORADO GENERAL ASSEMBLY; PHILIP WEISER, Attorney General of Colorado, in his official capacity; CITY AND COUNTY OF DENVER; DENVER CITY COUNCIL; MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity; DENVER SHERIFF DEPARTMENT; ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity. <br><br> Defendants. | Civil Action No. 1:25-CV-1391-GPG-KAS |

### NOTICE OF RESTORATION OF APPROPRIATIONS

The United States of America hereby notifies the Court that appropriations have been restored.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department of Justice lapsed.

2. On October 1, 2025, the Government filed an unopposed motion seeking a stay of the case until Congress restored appropriations to the Department of Justice. ECF No. 57.

3. On October 2, 2025, the Court granted the stay motion. ECF No. 58.

1

4. On November 12, 2025, Congress restored funding, and the Government officially returned to work on November 13, 2025.

Accordingly, the stay in this matter should be lifted.

| | |
|---|---|
| Dated: November 13, 2025 | Respectfully submitted,<br><br>/s/ Victoria Turcios<br>VICTORIA TURCIOS<br>Trial Attorney<br>U.S. Department of Justice Civil Division<br>Office of Immigration Litigation General<br>Litigation and Appeals Section<br>P.O. Box 868<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 451-7661<br>Fax: (202) 305-7000<br>Email: victoria.e.turcios2@usdoj.gov |

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered parties.

*s/ Victoria Turcios*
VICTORIA TURCIOS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
General Litigation and Appeals Section