## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### District Judge Gordon P. Gallagher

Civil Action No. 25-cv-01391-GPG-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT, and
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 72] Order entered by Judge Gordon P. Gallagher on March 16, 2026, it is

ORDERED that the Defendants State of Colorado, Governor Jared Polis, and Attorney General Philip Weiser's Motion to Dismiss [D. 37] is GRANTED. It is

FURTHER ORDERED that the Defendant Colorado General Assembly's Motion to Dismiss [D. 38] is GRANTED. It is

FURTHER ORDERED that the Defendant City and County of Denver's Motion to Dismiss [D. 39] is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against

Plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 31st day of March, 2026

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/D. Clement
      Donald Clement,
      Deputy Clerk