IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01391-GPG-KAS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT, and
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

     Defendants.

---

**DECLARATION OF ASHLEY KELLIHER IN SUPPORT OF
DENVER DEFENDANTS' MOTION FOR ATTORNEY FEES**

---

I, Ashley Kelliher, under penalty of perjury, state as follows:

1. I am an attorney licensed to and actively practicing law in the State of Colorado for 18 years. My attorney registration number is 40220.

2. I am the Director of the Civil Litigation Section of the Denver City Attorney's Office. I have been employed with the Denver City Attorney's Office since October 2017.

3. I have primarily defended government entities in civil rights and employment lawsuits since 2011. Prior to joining the Denver City Attorney's Office, I defended the City and County of Denver and other public entities and their employees in constitutional matters for the law firms Senter Goldfarb & Rice, LLC and Allen &

Curry, PC.   Prior to that, I was a plaintiff-side employment litigator at King & Greisen, LLP.

4. I defended the City and County of Denver, Denver City Council, Mayor Mike Johnston, the Denver Sheriff Department, and Sheriff Elias Diggins ("Denver Defendants") in the captioned matter from April 2025 to present.

5. Reasonable and necessary attorney fees were incurred in defending Denver Defendants against Plaintiff's Complaint.

6. My current rate as a government attorney with 18 years of experience is $350/hour. *See Poirier v. Rasmussen*, No. 15-cv-01078-LTB-KLM, 2015 WL 4652781, at *7 (finding an hourly rate of $350 reasonable for an experienced government attorney); *Ditirro v. Sando*, No. 21-cv-1840-CNS-STV, 2023 WL 8531837, at *2 (D. Colo. Feb. 23, 2023); *Albu v. Delta Mech. Inc.*, No. 13-cv-03087-PAB-KMT, 2015 WL 4483992, at *6 (D. Colo. June 30, 2015) (finding hourly rate for Denver-based attorneys reasonable at $250 or $300, depending on experience).

7. I am familiar with the rates charged in the Denver market as well as the rates approved in other civil rights cases, and it is my opinion that this rate is reasonable.

8. In fact, plaintiffs' attorneys routinely seek and are granted much higher rates for similar work. *See, e.g.*, *Murphy v. Schaible, Russo & Company, L.L.P.*, 722 F.Supp.3d 1191, 1198 (D. Colo. 2022) (finding $750/hour a reasonable rate for an experienced litigator); *Cecil v. BP Am. Prod. Co.*, No. 16-CV-00410-KEW, 2018 WL 8367957, at *12 n.7 (E.D. Okla. Nov. 19, 2018) (finding a rate of $850–900 reasonable).

9. At a rate of $350 per hour and a sum of 31.7 hours worked, the total fees

2

associated with my work on this matter are $11,095.

10. I affirm the attorney fees below were actually incurred and the number of hours of legal services provided for the defense against the Complaint in this action was reasonable and necessary.

| Date | Work Performed | Time Expended (Hours) |
|---|---|---|
| 4/29/2025 | Receive and review Complaint; communication with City officials regarding same | 1.5 |
| 4/30/2025 | Research viability of claims | 2.0 |
| 5/2/2025 | Communicate with named parties regarding lawsuit being filed; prepare strategy to respond to complaint | 2.0 |
| 5/5/2025 | Email communication with City officials regarding complaint and like complaints | .5 |
| 5/9/2025 | Work on litigation hold for sanctuary city lawsuit | .5 |
| 5/12/2025 | Survey legal precedent for anti-commandeering in immigration context | 1.0 |
| 5/20/2025 | Outline motion to dismiss arguments | .8 |
| 5/21/2025 | Communicate regarding service of complaint | .5 |
| 5/22/2025 | Work on draft of motion to dismiss complaint | 1.2 |
| 5/23/2025 | Review and edit initial draft of motion to dismiss | 1.5 |
| 5/27/2025 | Review edits to motion to dismiss | .6 |
| 5/30/2025 | Research proper City parties | 1.0 |
| 6/13/2025 | Review and revise standing argument | 1.5 |
| 6/18/2025 | Review and edit second draft of motion to dismiss complaint | 2.2 |
| 6/20/2025 | Work on restructuring and revising brief | 1.0 |
| 7/24/2025 | Draft motion to dismiss – legal arguments | 2.0 |
| 7/25/2025 | Review amended complaint | .6 |

| 7/26/2025 | Review New York and Illinois cases filed by U.S. addressing same issues | 1.8 |
|---|---|---|
| 8/5/2025 | Continue editing motion to dismiss – amended complaint | .5 |
| 8/18/2025 | Continue drafting motion to dismiss amended complaint | 1.1 |
| 8/20/2025 | Review draft motion to dismiss with complete arguments | 1.5 |
| 9/24/2025 | Review U.S.'s response to motion to dismiss | 2.1 |
| 10/23/2025 | Work on reply in support of motion to dismiss | 1.8 |
| 12/1/2025 | Review supplemental authority for disclosure to court | .6 |
| 12/2/2025 | Work on notice of supplemental authorities | .5 |
| 12/19/2025 | Confer on staying discovery and vacating scheduling conference while motion to dismiss pending | .4 |
| 3/31/2026 | Review order dismissing case and final judgment | 1.0 |

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated this 14th day of April, 2026.

Respectfully submitted,

By: s/ Ashley Kelliher
Ashley Kelliher, Assistant City Attorney
Denver City Attorney's Office
201 W. Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
*Attorney for Denver Defendants*

4