IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01391-KAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT, and
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

      Defendants.

---

### DECLARATION OF SOPHIA FERNALD IN SUPPORT OF
### DENVER DEFENDANTS' MOTION FOR ATTORNEY FEES

---

I, Sophia Fernald, under penalty of perjury, state as follows:

1. I have been licensed to practice law in the State of Colorado since November 2019. My attorney registration number is 54081.

2. I am currently employed as an Assistant City Attorney for the Office of the City Attorney for the City and County of Denver ("Denver"). I have been employed with Denver since November 2023. Prior to being employed with Denver, I worked as an Associate Attorney for the Denver law firm Dagner Schluter Werber, LLC. Since becoming

licensed, I have primarily defended public entities and their employees in civil rights and tort lawsuits.

3.    I defended the City and County of Denver, Denver City Council, Mayor Mike Johnston, the Denver Sheriff Department, and Sheriff Elias Diggins ("Denver Defendants") against Plaintiff's claims from May 2025 to present.

4.    Based on my experience as a practicing attorney with more than six years of experience, a reasonable hourly fee for attorneys in the Denver area is $306 per hour. I am familiar with the rates charged in the Denver market and the rates approved in other civil rights cases, and submit that this rate is reasonable.

5.    The 2017 CBA Economic Survey[1] lists the average rate for attorneys with 5-9 years of experience at $225 per hour, approximately $306 today when adjusted for inflation.[2] *See also Lieberenz v. Bd. Of Cty. Commr's*, No. 21-cv-00628-NYW-NRN, 2026 WL 884937, at *12 (D. Colo. Mar. 31, 2026) (finding $350/hour reasonable rate for litigator with five years of experience); *Trevizo-Gonzales v.* Brunnemer, 2026 WL 6475067, at * 4 (D. Colo. Dec. 11, 2024) (finding $350/hour rate reasonable for civil rights litigator with five years of experience) Poirier *v. Rasmussen*, No. 15-cv-01078-LTB-KLM, 2015 WL 4652781, at *7 (finding an hourly rate of $350 reasonable for an experienced government attorney); *Ditirro v. Sando*, No. 21-cv-1840-CNS-STV, 2023 WL 8531837, at *2 (D. Colo.

---

[1] Available at:
https://www.cobar.org/portals/COBAR/repository/2017EconomicSurvey.pdf

[2] See https://www.bls.gov/data/inflation_calculator.htm.

Feb. 23, 2023); *Albu v. Delta Mech. Inc.*, No. 13-cv-03087-PAB-KMT, 2015 WL 4483992, at *6 (D. Colo. June 30, 2015) (finding hourly rate for Denver-based attorneys reasonable at $250 or $300, depending on experience).

6.    Reasonable and necessary attorney fees were incurred for legal services in defending against Plaintiff's Complaint in this action. The work was performed between May 2025 and present.

| Date | Work Performed | Time Expended (Hours) |
|------|----------------|------------------------|
| 5/8/20225 | Review Plaintiff's Complaint and initial case documents, including related cases | 1.5 |
| 5/22/2025 | Legal research regarding claims asserted | 2.5 |
| 5/27/2025 | Draft Motion to Dismiss | 1.5 |
| 7/25/2025 | Review Plaintiff's Amended Complaint | 0.5 |
| 8/7/2025 | Continue drafting Motion to Dismiss | 1.5 |
| 8/21/2025 | Draft Motion for Extension of Page Limit | 0.5 |
| 8/25/2025 | Review and revise Motion to Dismiss | 1.0 |
| 10/23/2025 | Review and revise Reply in support of Motion to Dismiss | 2.0 |
| 4/10/2025 | Legal research regarding attorney fees | 1.0 |
| 4/13/2025 | Draft Motion for Attorney Fees | 2.0 |
| **Total Hours:** | | **14.5** |
| **Attorney Fees Total (Total Hours x $306):** | | **$4,437.00** |

7.      At a rate of $306 per hour and a sum of 14.5 documented work hours, the total fees associated with my work on this matter equal $4,437.00.00.

8.      I affirm that the attorney fees herein submitted were actually incurred and that the number of hours of legal services provided for the defense against the Complaint in this action was reasonable and necessary.

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated this 14th day of April, 2026.

By: s/*Sophia Fernald*
   Sophia Fernald
   Denver City Attorney's Office
   201 W. Colfax Ave., Dept. 1108
   Denver, CO 80202-5332
   Telephone: (720) 913-3100
   Facsimile: (720) 913-3155
   *Attorney for Denver Defendants*