**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher**

Civil Action No. 25-cv-01391-KAS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT, and
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

Defendants.

---

**DECLARATION OF ANDRES ALERS IN SUPPORT OF
DENVER DEFENDANTS' MOTION FOR FOR ATTORNEY FEES**

---

I, Andres Alers, under penalty of perjury, state as follows:

1. I have been licensed to practice law since November 2023. I am currently an Assistant City Attorney for the Office of the City Attorney for the City and County of Denver. I have worked for Denver since April 2023. Before then, I was a law clerk from August 2021 to April 2023.

2. I defended Denver against Plaintiff's claims from May 2025 to present.

2. Based on my five years of experience, a reasonable hourly fee for attorneys in the Denver area is $306.00 per hour. The 2017 CBA Economic Survey puts the average

rate for attorneys with 5 years of experience at $225 per hour. https://www.cobar.org/portals/COBAR/repository/2017EconomicSurvey.pdf (at page 37 in pdf). The U.S. inflation calculator says $225 in 2017 is equal to $306 today. https://www.bls.gov/data/inflation_calculator.htm. Thus, $306 is reasonable.

3.      Reasonable and necessary attorney fees were incurred for legal services in defending against Plaintiff's Complaint in this action. I performed the work between May and December 2025.

4.      At a rate of $306.00 per hour and a sum of 14.1 work hours, the total fees for my work are $4,314.60.

5.      I affirm I incurred the attorney fees below were and the number of hours worked were reasonable and necessary.

| Date | Work Performed | Time Expended (Hours) |
| --- | --- | --- |
| 5/22/2025 | Review Complaint | 1 |
| 5/23/2025 | Edited Motion to Dismiss | 1.5 |
| 5/29/2025 | Legal research and review MTDs in parallel cases | 0.5 |
| 6/11/2025 | Draft standing argument for MTD | 1 |
| 6/12/2025 | Review standing argument | 0.5 |
| 6/13/2025 | Review Plaintiff's response in parallel case (N.D. Ill.) | 0.5 |
| 6/20/2025 | Edit Motion to Dismiss | 2.0 |
| 7/25/2025 | Review Amended Complaint | 0.5 |
| 7/27/2025 | Review order granting MTD in N.D. Ill. | 0.5 |
| 8/7/2025 | Edit Motion to Dismiss | 1.0 |
| 8/21/2025 | Conferral email on Motion to Dismiss | 0.1 |

| 8/25/2025 | Review, edit, and finalize Motion to Dismiss | 2.0 |
|---|---|---|
| 9/9/2025 | Think if the parties should engage in discovery | 0.2 |
| 9/24/2025 | Review completed briefing in parallel cases | 1.0 |
| 10/6/2025 | Review Reply to Motion to Dismiss | 0.5 |
| 10/23/2025 | Edit Reply to Motion to Dismiss | 1.0 |
| 12/1/2025 | Draft Notice of Supplemental Authority | 0.3 |
| **Total Hours:** | | **14.1** |
| **Attorney Fees Total (Total Hours x $306):** | | **$4,314.60** |

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Dated this 14th day of April, 2026.

By: s/ Andres Alers
 Andres Alers
Denver City Attorney's Office
201 W. Colfax Ave., Dept. 1108
Denver, CO 80202-5332
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
*Attorney for Denver Defendants*