**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF COLORADO; JARED POLIS, Governor of Colorado, in his official capacity; COLORADO GENERAL ASSEMBLY; PHILIP WEISER, Attorney General of Colorado, in his official capacity; CITY AND COUNTY OF DENVER; DENVER CITY CONCIL; MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity; DENVER SHERIFF DEPARTMENT; ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,<br><br>Defendants. | Case No. 1:25-cv-01391-GPG-KAS |

## NOTICE OF APPEAL

Please take notice that Plaintiff United States of America hereby appeals to the United States Court of Appeals for the Tenth Circuit from this Court's judgment entered March 31, 2026, ECF No. 73, and all prior orders and opinions merged into that judgment, including but not limited to the Court's memorandum opinion and order, ECF No. 72.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Enforcement & Affirmative
Litigation Branch
P.O. Box 386
Washington, D.C. 20044-0386
(202) 451-7728
alessandra.faso@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF registered parties.

*/s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch