IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 25-cv-01391-GPG-KAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF COLORADO,
JARED POLIS, Governor of Colorado, in his official capacity,
COLORADO GENERAL ASSEMBLY,
PHILIP WEISER, Attorney General of Colorado, in his official capacity,
CITY AND COUNTY OF DENVER,
DENVER CITY COUNCIL,
MIKE JOHNSTON, Mayor for the City and County of Denver, in his official capacity,
DENVER SHERIFF DEPARTMENT, and
ELIAS DIGGINS, Sheriff of Denver, Colorado, in his official capacity,

Defendants.

---

**ORDER**

---

Before the Court is the Denver Defendants' Motion for Attorney Fees (D. 74). The Court DENIES the motion WITHOUT PREJUDICE and with the ability for Denver to refile the motion *nunc pro tunc* to April 14, 2026.

Denver seeks attorney fees as a prevailing litigant in this action asserting that the United States proceeded in bad faith, vexatiously, wantonly, or for oppressive reasons. As the Parties are well aware, this case and others of its ilk are in various stages of appeal before the United States Courts of Appeals in various Circuits around the United States. And it is entirely possible that these matters may receive treatment before the United States Supreme Court. It seems unlikely

that the relevant issues will be finally decided in the near term. Given that posture, it would be inopportune for this Court to proceed on the present motion at this time or to leave the motion pending without resolution.

The Court therefore DENIES the motion WITHOUT PREJUDICE and with the ability for Denver to refile the motion *nunc pro tunc* to April 14, 2026, should such refiling be appropriate.

DATED November 20, 2026.

BY THE COURT:

Gordon P. Gallagher
United States District Judge